IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY MARTINEZ,

    Petitioner,                    No. 2:08-cv-1786-GEB-JFM (HC)

    vs.

D. K. SISTO, et al.,

    Respondents.               ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 10, 2008, respondents filed a motion to dismiss this action on the grounds that it is barred by the statute of limitations and that petitioner's claims are unexhausted. On October 22, 2008, petitioner filed a request for an extension of time to file a response to the motion to dismiss. On November 3, 2008, petitioner filed a motion to dismiss this action without prejudice. On November 4, 2008, respondents filed a statement of non-opposition to the motion.

        In light of the complexity of the legal issues involved, the court has determined that the interests of justice require appointment of counsel. See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

        Accordingly, IT IS HEREBY ORDERED that:

1. The Federal Defender is appointed to represent petitioner.

2. The Clerk of the Court is directed to serve a copy of the petition and this order on Carolyn Wiggin, Assistant Federal Defender.

3. Petitioner's counsel shall contact the Clerk's Office to make arrangements for copies of documents in the file.

4. Within thirty days from the date of this order, the parties shall file and serve a report on the status of this action, including but not limited to whether petitioner's request for voluntary dismissal should be granted.

DATED: November 17, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12
mart1786.110a

2