IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY MARTINEZ,

    Petitioner,               No. 2:08-cv-1786 GEB JFM (HC)

  vs.

D. K. SISTO, Warden, et al.,

    Respondents.          ORDER

_____/

    Petitioner is a former state prisoner now on parole proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges a 2006 decision of the California Governor to reverse a decision of the California Board of Parole Hearings to grant petitioner parole. On February 11, 2010, petitioner filed a status report in which he represents that he was released on January 11, 2010 to a five year parole term and contends that relief remains available to him in this proceeding in spite of his release on parole.

/////

/////

/////

1

1   Good cause appearing, IT IS HEREBY ORDERED that respondents are granted
2 thirty days from the date of this order to file a response to petitioner's February 11, 2010 status
3 report.
4 DATED: April 5, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

12
mart1786.fb