IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY MARTINEZ,

    Petitioner,                  No. 2:08-cv-1786-GEB-JFM (HC)

    vs.

D. K. SISTO, Warden, et al.,

    Respondents.              <u>ORDER</u>

_____/

        Petitioner is a former state prisoner on parole proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Good cause appearing, IT IS HEREBY ORDERED that within five days from the date of this order petitioner shall file a copy of the state court judgment referred to in paragraph 2 of his status report filed February 11, 2010.

DATED: May 13, 2010.

                                /s/ John F. Moulds
                        UNITED STATES MAGISTRATE JUDGE

12
mart1786.fb2

1